IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-00927

CHRISTOPHER JONES,

    Plaintiff,

v.

FORTERRA, INC.,
CHRIS MEYER,
RICHARD CAMMERER, JR.,
RAFAEL COLORADO,
MAUREEN HARRELL,
CHAD LEWIS,
CLINT MCDONNOUGH,
JOHN MCPHERSON,
JACQUES SARRAZIN, and
KARL H. WATSON, JR,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Christopher Jones ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action").  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

| | |
|---|---|
| Dated: April 30, 2021 | Respectfully submitted,<br><br>/s/ Richard A. Acocelli<br>Richard A. Acocelli<br>**WEISSLAW LLP**<br>1500 Broadway, 16th Floor<br>New York, NY 10036<br>Telephone: (212) 682-3025<br>Facsimile: (212) 682-3010<br>Email: racocelli@weisslawllp.com<br><br>*Attorneys for Plaintiff* |